# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Christine Fluhrer, as mother and Personal Representative of the Estate of Shiree Wilson, | ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| United States of America, et. al., | ) ) | Case No. 4:15-cv-165 |
| Defendants. | ) | |

On March 8, 2016, the United States filed a "Notice of Scope Certification and Unopposed Motion to Substitute the United States for Dr. Robert Zabenko, Dr. Julius R. Theophilus and Dr. Lloyd McPherson." The court **GRANTS** the motion (Doc. No. 8) and **ORDERS** that the United States shall be substituted for individually-named Defendants Dr. Robert Zabenko, Dr. Julius R. Theophilus and Dr. Lloyd McPherson.

Dated this 9th day of March, 2016.

                                                       */s/ Charles S. Miller, Jr.*
                                                       Charles S. Miller, Jr., Magistrate Judge
                                                       United States District Court