# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Christine Fluhrer, as mother and Personal Representative of the Estate of Shiree Wilson, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| United States of America, et. al., | ) ) | Case No. 4:15-cv-165 |
| Defendants. | ) ) | |

On December 21, 2016, the parties filed a "Stipulation to Dismiss." The court **ADOPTS** the parties' stipulation (Docket No. 23) and **DISMISSES** the above-entitled action in its entirety with prejudice and without cost to any party.

**IT IS SO ORDERED.**

Dated this 28th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court